IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAHEEN THOMAS, | No. 4:16-CV-01487 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| ERIC TICE, MARK GARMAN, TIMOTHY MILLER, HEATHER HALDEMAN, | |
| Defendants. | |

## ORDER

**AND NOW**, this 12th day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Eric Tice, Mark Garman, Timothy Miller, and Heather Haldeman's Motion for Summary Judgment (ECF No. 17) is **GRANTED**;

2. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (ECF No. 26) is respectfully **REJECTED**; and

3. The Clerk is directed to close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge