# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAHEEN THOMAS,** | ) |
| *Plaintiff,* | ) |
| v. | ) Civil No. 4:16-CV-1487 |
| **ERIC TICE, MARK GARMAN, TIMOTHY MILLER, HEATHER HALDEMAN,** | ) Judge Matthew Brann |
| *Defendants.* | ) |

Dear Judge Brann,

    Plaintiff Thomas wishes to inform the Court that the Parties have reached a mutually amenable settlement to the above-captioned litigation. Accordingly, and out of an abundance of respect for the Court's time and resources, the Parties respectfully request that the Court cancel the pretrial conference in this matter, and issue a 60-day order in contemplation of the Parties filing a stipulated dismissal.

Respectfully,
*/s/ James Davy*
James Davy
Attorney ID: PA 321631
All Rise Trial & Appellate
P.O. Box 15216
Philadelphia, PA 19125
609-273-5008
jimdavy@allriselaw.org

Dated: March 18, 2021

Cc:   All Counsel (via ECF)